11/16/2012 15:28 FAX    7132222226           JOHNSON & TRENT.LLP                    ☒002/004



johnsonTrent
Attorneys At Law

C. Christopher Trent
Partner

ctrent@johnsontrent.com
Direct Dial: 713.860.0525

November 16, 2012

Doug Gentile
Douhit Frets Rouse Gentile & Rhodes
5250 W. 116th Place, Suite 400
Leawood, KS 66211

Re:   Case No. 12-13299-JWL-KMH; *Lorena Hernandez, Individually and as Next Friend of E.D.H., a Minor v. Cooper Tire & Rubber Company, Mary Belle Hernandeza and Heriberto Gomez d/b/a Gomez Custom Wheels*; In U.S. District Court for the District of Kansas at Wichita

Dear Mr. Gentile:

Since you are attorney-in-charge for Plaintiffs in the Federal Court case, I am addressing this letter to you. This is a follow-up to my October 19, 2012 correspondence directed to John Gsanger (in which you were carbon copied) related to the inspection of certain "tire building machines" as ordered by the state court on or about October 4, 2012. In that letter Cooper Tire and Rubber Company ("Cooper") requested that Plaintiffs provide us, within five business days, (1) the identities of all individuals that Plaintiffs were planning to bring to the inspection and (2) their executed acknowledgments of the Protective Order. We have not received a response that provides the appropriate information to assess adequately Plaintiffs' compliance with the state court's order as to whom Plaintiffs intend to bring to the inspection or their willingness to abide by the Protective Order. Therefore, Plaintiffs are not in compliance with the state court's order.

Further, as we informed Mr. Gsanger in the October 19th letter, Cooper intends to exhaust all of its available legal remedies related to the state court's order. Cooper filed a motion to reconsider the state court's ruling with the above-referenced Federal Court on October 24, 2012. Under the local rules, Plaintiffs' response to that motion was due on November 7, 2012, but Plaintiffs failed to file a response. D. Kan. R. 6.1. As such under D. Kan. R. 7.4(b), Cooper's motion is now considered uncontested and may be granted without further notice.

Considering the uncontested nature of Cooper's Motion for Reconsideration, Cooper hoped that it would have an order from the Federal Court by this date. However since one has not been entered, Cooper intends to file a Motion for Protection/Stay of the state court's inspection order. Under D. Kan. R. 26.2(a), this motion will automatically stay the order until a resolution of the dispute, and as such, the proposed inspection outlined in the state court's order will not take place until Cooper has exhausted its remedies.

JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam, Suite 1700
Houston, Texas 77002
713.222.2323 • 713.222.2226 Fax
www.johnsontrent.com



EXHIBIT 1

November 16, 2012
Page 2

We will attempt to contact you for purposes of a certificate of conference, but unless we are advised otherwise by noon, Monday, November 19, we will consider Plaintiffs to be opposed to the motion for stay.

Should you have any questions or comments, please feel free to contact me.

Very truly yours,

T. Christopher Trent

cc:  Mr. John Blaise Gsanger                                               *Via Facsimile*
     THE EDWARDS LAW FIRM
     1400 Frost Bank Plaza
     Corpus Christi, Texas 78470

     Paul McCausland                                                       *Via Facsimile*
     YOUNG BOGLE MCCAUSLAND WELLS & BLANCHARD
     Wells & Blanchard
     100 North Main, Suite 1001
     Wichita, KS 67202-1322

     Ryan Hudson                                                           *Via Facsimile*
     BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
     2600 Grand Blvd., Suite 1200
     Kansas City, MO 64108

11/16/2012 15:27 FAX 7132222226           JOHNSON & TRENT.LLP                    ☒001/003



919 Milam, Suite 1700
Houston, TX 77002

(713) 222-7323 Telephone
(713) 222-2226 Facsimile

TELECOPIER TRANSMITTAL:

Number of Pages (including cover): **3**            Date: November 16, 2012

| Recipient | Fax Number | Telephone Number |
|---|---|---|
| John B. Gsanger | 361-698-7614 | 361-698-7600 |
| Larry D. Ehrlich | 316-267-4433 | 316-267-2212 |
| R. Douglas Gentile / Jeffrey D. Rowe | 913-928-6739 | 913-387-1600 |
| Paul McCausland | 316-265-3956 | 316-265-7841 |
| Ryan Hudson | 816-561-1888 | 816-561-7007 |
| Larry Ehrlich | 316-267-4433 | |
| John F. Reals | 316-263-0251 | |

From:   **Chris Trent**                                 Telephone: (713) 860-0525

**MESSAGE:**

Re: Cause No. 11CV3904; *Lorena Hernandez, Individually, and as Next Friend of Erika Delgadillo Hernandez, a Minor v. Cooper Tire & Rubber Company, Mary Belle Hernandez, and Heriberto Gomez d/b/a Gomez Custom Wheels; In U.S. District Court for the District of Kansas at Wichita*

**PLEASE SEE ATTACHED.**

**Confidentiality Notice:** The documents accompanying this telecopy transmission contain confidential information which is legally privileged and intended only for the use of the recipient named below. We request immediate notification by telephone of misrouted telecopy transmissions so that we can arrange for return of those documents to us. If you receive this telecopy in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

Any Difficulties. Please Call (713) 222-7323

Charge:   Client No.:  164___            Matter No.:   259___